AO (Rev. 1/90) Summons in a Civil Action

# United States District Court

**ORIGINAL**

United States District Court
Southern District of Texas
FILED

DEC 22 1999

Michael N. Milby
Clerk of Court

DISTRICT OF _____

AGUSTIN R. URESTI, ALVARO
ZAMORANO, JUAN R. VASQUEZ, and
JOSE LUIS TRUJILLO

V.

CHEYENNE CATTLE COMPANY,
JAMES A. WUNDT and ELLEN WUNDT

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**B-99-196**

TO: (Name and Address of Defendant)

JAMES A. WUNDT
P.O. BOX 887
BELMONT, TX 78604

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

R. BRUCE THARPE
P.O. BOX 4401
BROWNSVILLE, TX 78523-4401

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

DATE  12-9-99

CLERK

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

**PROCESS SERVED AFFIDAVIT ATTACHED**

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

Signature of Server

Address of Server

United States District Court
Southern District of Texas
RECEIVED

DEC 22 1999

Michael N. Milby, Clerk of Court

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# OFFICERS RETURN OF SERVICE

# ORIGINAL

CASE # B-99-196

COURT

Clt. Ref.#                Clt.# 497

AGUSTIN R. URESTI, ALVARO ZAMORANO, JUAR R. VASQUEZ
AND JOSE LUIS TRUJILLO

VS

CHEYENNE CATTLE COMPANY, JAMES A. WUNDT AND ELLEN WUNDT

The documents came to our hand for service on 12/09/99   Time: 11:00:00

Documents received for service:

**SUMMONS IN A CIVIL ACTION**

United States District Court
Southern District of Texas
RECEIVED

DEC 22 1999

Michael N. Milby, Clerk of Court

The documents were delivered on 12/15/99   Time: 13:00:00

Executed at: P.O. Box 4401
             Belmont, TX 78604

to the following: **Wundt, James A.,**
                  **By Certified Mail P 380 478 135**

✓ _____ PERSONALLY delivering the document to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____

Witness Fee Tendered: _____

Eddie M Gonzalez
Professional Civil Process Brownsville
700 Paredes Ave. Suite 208
Brownsville, Texas 78520

STATE OF TEXAS }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office this ___ day of _____ 1999.

ABEL BETANCOURT JR
Notary Public
State of Texas
Comm. Exp. 03-10-2001

NOTARY PUBLIC SIGNATURE

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| James A. Wundt<br>P.O. Box 887<br>Belmont, TX 78604 | P 380 478 135 |
| | 4b. Service Type<br>☐ Registered   ☐ Insured<br>☑ Certified   ☐ COD<br>☐ Express Mail   ☐ Return Receipt for Merchandise |
| | 7. Date of Delivery  12/15/99 |
| 5. Signature (Addressee) | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature (Agent) *Ellen C. Wundt* | |

PS Form **3811**, November 1990   ☆ U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**

---

P 380 478 135

**RECEIPT FOR CERTIFIED MAIL**
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(See Reverse)

| Sent to | James A. Wundt |
|---|---|
| Street and No. | P.O. Box 887 |
| P.O., State and ZIP Code | Belmont, TX 78604 |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt showing to whom and Date Delivered | |
| Return Receipt showing to whom, Date and Address of Delivery | |
| TOTAL Postage and Fees | $ |
| Postmark or Date | |

PS Form 3800, June 1985   U.S.G.P.O. 1989-234-555