

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**DEC 3 0 1999**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| AUGUSTIN R. URESTI, ALVARO | § | |
| ZAMORANO, JUAN R. VASQUEZ, | § | |
| and JOSE LUIS TRUJILLO | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-196 |
| | § | |
| CHEYENNE CATTLE COMPANY, | § | |
| JAMES A. WUNDT and | § | |
| ELLEN WUNDT, | § | |
| Defendants | § | |

## DEFENDANTS CHEYENNE CATTLE COMPANY, JAMES A. WUNDT AND ELLEN WUNDT'S 12(b)(1) MOTION TO DISMISS FOR WANT OF SUBJECT MATTER JURISDICTION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES **CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT,** Defendants in the above entitled cause and files this 12(b)(1) Motion to Dismiss for Want of Subject Matter Jurisdiction and in support thereof would respectfully show this Honorable Court the following:

### I. FACTUAL BACKGROUND

1. Plaintiffs Augustin R. Uresti, Alvaro Zamorano, Juan R. Vasquez, and Jose Luis Trujillo filed, in this Honorable Court, a negligence cause of action against Defendant Cheyenne Cattle Company, and Defendants James A. Wundt and Ellen Wundt. Plaintiffs filed suit based on a traffic accident involving a vehicle driven by Plaintiffs and cattle allegedly owned by the Defendants.

## II. ARGUMENT AND AUTHORITIES

2. Defendants move the Court for an Order dismissing this action on the ground that the court lacks subject matter jurisdiction as there is neither complete diversity of the parties nor a federal question involved to support federal court jurisdiction.  28 U.S.C.S. §§ 1331 and 1332.

3. For federal diversity jurisdiction to exist there must be complete diversity of the parties. 28 U.S.C.S. § 1332(a)(1); City of Indianapolis v. Chase Nat'l Bank, 314 U.S. 63 (1941); Mas v. Perry, 489 F.2d 1396, 1398-99 (5th Cir. 1974), cert. denied, 419 U.S. 842, 95 S.Ct. 74, 42 L.Ed. 2d 70 (1975).  Plaintiffs cannot establish federal diversity jurisdiction because both Plaintiff Trujillo and Defendants James A. Wundt and Ellen Wundt are citizens of the State of Texas.  As set forth in Plaintiff's complaint, Plaintiff Trujillo is a resident of Hidalgo County, Texas and Defendants James A. Wundt and Ellen Wundt are citizens of Bellmont, Texas.

4. Plaintiff cannot establish federal question jurisdiction.  Plaintiff's complaint does not raise any issue "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C.S. § 1331. By contrast, Plaintiff's complaint raises only a state common law negligence cause of action.  See Anderson v. American Airlines, Inc., 2 F.3d 590, 593 (5th Cir. 1993)(stating that federal question jurisdiction does not exist where no question of federal law appears on the face of a plaintiff's complaint).

WHEREFORE, PREMISES CONSIDERED, Defendants CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT, pray that the Court grant its Motion to Dismiss for Want of Subject Matter Jurisdiction and that this case be properly dismissed.

Respectfully submitted,

By _____

Richard C. Woolsey
Federal I.D. No. 11623
State Bar No. 21989100

ATTORNEY IN CHARGE FOR DEFENDANTS
CHEYENNE CATTLE COMPANY, JAMES A. WUNDT AND
ELLEN WUNDT

OF COUNSEL

***BARGER, HERMANSEN, MCKIBBEN, & VILLARREAL, L.L.P.***
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478
(361) 882-6611 (telephone)
(361) 883-8353 (telecopier)

3

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was forwarded by

certified mail, return receipt requested, on this _20th_ day of December, 1999.

Mr. R. Bruce Tharpe
*LAW OFFICES OF R. BRUCE THARPE*
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516

Richard C. Woolsey

4