7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
South... ...t of Texas

**JAN 0 5 2000**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| AUGUSTIN R. URESTI, ALVARO | § | |
| ZAMORANO, JUAN R. VASQUEZ, | § | |
| and JOSE LUIS TRUJILLO | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-196 |
| | § | |
| CHEYENNE CATTLE COMPANY, | § | |
| JAMES A. WUNDT and | § | |
| ELLEN WUNDT, | § | |
| Defendants | § | |

## DEFENDANTS CHEYENNE CATTLE COMPANY, JAMES A. WUNDT AND ELLEN WUNDT, CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN

WUNDT, Defendants and file this their Certificate of Interested Parties, and would show as follows:

Cheyenne Cattle Company, Defendant
P.O. Box 902
Belmont, Texas 78604

James A. Wundt, Defendant
P.O. Box 902
Belmont, Texas 78604

Ellen Wundt, Defendant
P.O. Box 902
Belmont, Texas 78604

Agustin R. Uresti, Plaintiff
Matamoros, Tamaulipas, Mexico

Alvaro Zamorano, Plaintiff
Matamoros, Tamaulipas, Mexico

Juan R. Vasquez, Plaintiff
Matamoros, Tamaulipas, Mexico

Jose Luis Trujillo, Plaintiff
Hidalgo County, Texas

Respectfully submitted,

By: _____
Richard C. Woolsey
State Bar No. 21989100
Federal Admission No. 11623

ATTORNEY IN CHARGE FOR DEFENDANTS
CHEYENNE CATTLE COMPANY, JAMES A. WUNDT AND
ELLEN WUNDT

OF COUNSEL

***BARGER, HERMANSEN, MCKIBBEN, & VILLARREAL, L.L.P.***
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478
(361) 882-6611 (telephone)
(361) 883-8353 (telecopier)

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was forwarded by

certified mail, return receipt requested, on this __*3rd*__ day of January, 2000.

Mr. R. Bruce Tharpe
*LAW OFFICES OF R. BRUCE THARPE*
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516

_____
Richard C. Woolsey

3