

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 9 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| AGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO, Plaintiffs | § § § § § | |
| VS. | § | CIVIL ACTION NO. B-99-196 |
| CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT, Defendants | § § § § | |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' 12(b)(1) MOTION TO DISMISS FOR WANT OF SUBJECT MATTER JURISDICTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **AGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ**, and **JOSE LUIS TRUJILLO**, hereinafter referred to as the Plaintiffs in the above-styled and numbered cause and respectfully files this Response to Defendants' 12(b)(1) Motion to Dismiss For Want of Subject Matter Jurisdiction, and in support hereof would show this Honorable Court as follows:

### I.
### Parties

In Plaintiffs' Original Complaint, Plaintiffs **AGUSTIN R. URESTI, ALVARO ZAMORANO** and **JUAN R. VASQUEZ** were identified as residents of Matamoros, Tamaulipas, Mexico on the date the complaint was filed and on the date that the accident upon which this lawsuit is based occurred. Plaintiff **JOSE LUIS TRUJILLO** was identified as a resident of Hidalgo County, Texas.

Notwithstanding the identification of Plaintiff **JOSE LUIS TRUJILLO** as a resident of Hidalgo County, Texas, on the date the complaint was filed, on the date that the accident upon which this lawsuit is based occurred, and on the present date, Plaintiff **JOSE LUIS TRUJILLO** is a citizen of Mexico.

## II.
## Defendants' Argument

Defendants contend that there is no complete diversity of citizenship because Plaintiff **JOSE LUIS TRUJILLO** was identified as a resident of Hidalgo County, Texas therefore this Court lacks subject matter jurisdiction over this cause pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. Defendants' argument is incorrect.

## III.
## Legal Authority

Pursuant to *Safeco Ins. Co. v. City of White House, 36 F.3d 540, 545 (6th Cir. 1994)*, and *Getty Oil Corp. v. Insurance Co. of N. Am., 841 F.2d 1254, 1258 (5th Cir. 1988)*, the Plaintiff must allege facts that show no plaintiff is a citizen of the same state as any defendant. Diversity jurisdiction is proper when each plaintiff has a different citizenship from each defendant. *28 U.S.C. §1332*. (Emphasis added.)

Defendants argue that simply because Plaintiff **JOSE LUIS TRUJILLO** was identified as a resident of Hidalgo County, Texas that this factor alone would defeat the diversity jurisdiction of the federal court. Defendants however, ignore the requirements of *28 U.S.C. §1332* which states that diversity jurisdiction of the federal courts is defined in terms of the citizenship of the parties to the action, not where a certain party may reside. (Emphasis added.)

With regard to natural persons, for diversity purposes, a person is considered a citizen of the state where the person is <u>domiciled</u>, that is, where that person has established a fixed habitation or abode, intending to remain there permanently or indefinitely.  ***Coury v. Prot, 85 F.3d 244, 248-50 (5th Cir. 1996); Lew v. Moss, 797 F.2d 747, 749-50 (9th Cir. 1986).***  (Emphasis added).  A person can have only one domicile at a time, although the person may have several residences.  Domicile is a combination of two factors:  the residence of the party <u>and the intent to remain there permanently</u>.  ***Newton v. Commissioners, 100 U.S. 548, 562 (1879); Lew, 797 F.2d at 749-50.***  (Emphasis added).

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that this Honorable Court deny Defendants' 12(b)(1) Motion to Dismiss For Want of Subject Matter Jurisdiction, and for such other and further relief to which the Plaintiff may be justly entitled, either at law or in equity.

Respectfully submitted,

*/s/ R. Bruce Tharpe*
R. Bruce Tharpe
Federal Bar ID No. 13098
Texas State Bar ID No. 19823800
LAW OFFICES OF R. BRUCE THARPE
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516
(956) 782-9946
(956) 782-9945 -- Fax
PLAINTIFF'S COUNSEL

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Response to Defendants' 12(b)(1) Motion to Dismiss For Want of Subject Matter Jurisdiction has been forwarded by facsimile transmission and/or by depositing same in the U.S. mail, postage prepaid, on this 19th day of January, 2000 at the following address:

Mr. Richard C. Woolsey
BARGER, HERMANSEN, MCKRIBBEN & VILLARREAL, L.L.P.
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478

_____
R. Bruce Tharpe