IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 6 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| AGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO, Plaintiffs | § § § § § | |
| VS. | § | CIVIL ACTION NO. B-99-196 |
| CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT, Defendants | § § § § | |

## PLAINTIFFS' FIRST-AMENDED RESPONSE TO DEFENDANTS' 12(b)(1) MOTION TO DISMISS FOR WANT OF SUBJECT MATTER JURISDICTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **AGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ**, and **JOSE LUIS TRUJILLO**, hereinafter referred to as the Plaintiffs in the above-styled and numbered cause and respectfully files this First-Amended Response to Defendants' 12(b)(1) Motion to Dismiss For Want of Subject Matter Jurisdiction, and in support hereof would show this Honorable Court as follows:

### I.
### Parties

In Plaintiffs' Original Complaint, Plaintiffs **AGUSTIN R. URESTI, ALVARO ZAMORANO** and **JUAN R. VASQUEZ** were identified as residents of Matamoros, Tamaulipas, Mexico on the date the complaint was filed and on the date that the accident upon which this lawsuit is based occurred. Plaintiff **JOSE LUIS TRUJILLO** was identified as a resident of Hidalgo County, Texas.

Notwithstanding the identification of Plaintiff **JOSE LUIS TRUJILLO** as a resident of Hidalgo County, Texas, on the date the complaint was filed, on the date that the accident upon which this lawsuit is based occurred, and on the present date, Plaintiff **JOSE LUIS TRUJILLO** is a citizen of Mexico. In support hereof, Plaintiff attaches his Sworn Affidavit, identified as Exhibit "A" and incorporated by reference as if fully set forth at length herein.

## II.
## Defendants' Argument

Defendants contend that there is no complete diversity of citizenship because Plaintiff **JOSE LUIS TRUJILLO** was identified as a resident of Hidalgo County, Texas therefore this Court lacks subject matter jurisdiction over this cause pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. Defendants' argument is incorrect.

## III.
## Legal Authority

Pursuant to *Safeco Ins. Co. v. City of White House, 36 F.3d 540, 545 (6th Cir. 1994)*, and *Getty Oil Corp. v. Insurance Co. of N. Am., 841 F.2d 1254, 1258 (5th Cir. 1988)*, the Plaintiff must allege facts that show no plaintiff is a citizen of the same state as any defendant. Diversity jurisdiction is proper when each plaintiff has a different citizenship from each defendant. *28 U.S.C. §1332*. (Emphasis added.)

Defendants argue that simply because Plaintiff **JOSE LUIS TRUJILLO** was identified as a resident of Hidalgo County, Texas that this factor alone would defeat the diversity jurisdiction of the federal court. Defendants however, ignore the requirements of *28 U.S.C. §1332* which states that diversity jurisdiction of the federal courts is defined

in terms of the <u>citizenship</u> of the parties to the action, not where a certain party may <u>reside</u>. (Emphasis added.)

With regard to natural persons, for diversity purposes, a person is considered a citizen of the state where the person is <u>domiciled</u>, that is, where that person has established a fixed habitation or abode, intending to remain there permanently or indefinitely. ***Coury v. Prot, 85 F.3d 244, 248-50 (5th Cir. 1996); Lew v. Moss, 797 F.2d 747, 749-50 (9th Cir. 1986).*** (Emphasis added). A person can have only one domicile at a time, although the person may have several residences. Domicile is a combination of two factors: the residence of the party <u>and the intent to remain there permanently</u>. ***Newton v. Commissioners, 100 U.S. 548, 562 (1879); Lew, 797 F.2d at 749-50.*** (Emphasis added).

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that this Honorable Court deny Defendants' 12(b)(1) Motion to Dismiss For Want of Subject Matter Jurisdiction, and for such other and further relief to which the Plaintiff may be justly entitled, either at law or in equity.

Respectfully submitted,

*R. Bruce Tharpe*
R. Bruce Tharpe
Federal Bar ID No. 13098
Texas State Bar ID No. 19823800
LAW OFFICES OF R. BRUCE THARPE
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516
(956) 782-9946
(956) 782-9945 -- Fax
PLAINTIFF'S COUNSEL

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing First-Amended Response to Defendants' 12(b)(1) Motion to Dismiss For Want of Subject Matter Jurisdiction has been forwarded by facsimile transmission and/or by depositing same in the U.S. mail, postage prepaid, on this 26th day of January, 2000 at the following address:

Mr. Richard C. Woolsey
BARGER, HERMANSEN, MCKRIBBEN & VILLARREAL, L.L.P.
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478

*R. Bruce Tharpe*
R. Bruce Tharpe

Case 1:99-cv-00196   Document 9   Filed in TXSD on 01/26/2000   Page 4 of 5
ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO, Plaintiffs | § § § § | |
| VS. | § | CIVIL ACTION NO. B-99-196 |
| CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT, Defendants | § § § § | |

## PLAINTIFF'S SWORN AFFIDAVIT

THE STATE OF TEXAS            )
                              )
COUNTY OF HIDALGO             )

  BEFORE ME, the undersigned authority, personally appeared **JOSE LUIS TRUJILLO,** known by me to be one of the Plaintiffs in the above-styled and numbered cause, who being duly sworn by me upon his oath, deposed and stated the following:

  "My name is **JOSE LUIS TRUJILLO** and I am one of the Plaintiffs in the above-styled and numbered cause of action. I have read the foregoing First-Amended Response to Defendants' 12(b)(1) Motion to Dismiss For Want of Subject Matter Jurisdiction and everything contained therein is true and correct and within my personal knowledge. I am a citizen of Mexico and am domiciled in Mexico. While I presently and temporarily reside in Hidalgo County, Texas I do not intend to remain in Hidalgo County, Texas permanently or indefinitely.

  "FURTHER AFFIANT SAYETH NOT."

_____
JOSE LUIS TRUJILLO, AFFIANT

  SWORN AND SUBSCRIBED to before me, the undersigned Notary Public on this 24th day of January, 2000 to certify which witness my hand and official seal.

_____
Notary Public in and for the
State of Texas

[Notary Seal: AIDA GOSALVEZ, Notary Public, State of Texas, My Comm. Exp. 03-05-2001]

EXHIBIT "A"