United States District Court
Southern District of Texas
FILED

FEB 01 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AUGUSTIN R. UREST, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS RUJILLO, Plaintiffs | § § § § | |
| VS. | § § | |
| CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT, Defendants | § § § § | CIVIL ACTION NO. B-99-196 |
| VS. | § § | |
| MIGUEL MENDEZ GUAJARDO, Intervenor | § § § | |

### Motion PLEA IN INTERVENTION

TO THE HONORABLE JUDGE OF SAID COURT :

COMES NOW, **MIGUEL MENDEZ GUAJARDO,** hereinafter referred to as the Intervenor in the above-styled and numbered complaint, and respectfully files this Plea in Intervention, and support hereof would present unto this Honorable Court the following:

I.

Intervenor **MIGUEL MENDEZ GUAJARDO** was also involved in the accident upon which the Plaintiffs base their cause of action. The accident was proximately caused by the negligence and gross negligence of the Defendants. As a result, the Intervenor suffered severe personal injuries and damages for which said Intervenor seeks recovery herein in the for form of regular and exemplary damages.

WHEREFORE, PREMISES CONSIDERED, Intervenor respectfully prays that this Honorable Court allow this Plea In Intervention, have judgment against the Defendants in an amount in excess of $75,000.00, together with both pre-judgment and post-judgment interest at the rate allowed by law, and for such other and further relief to which this Intervenor may be justly entitled, either at law or in equity.

Respectfully submitted,

Arturo A. McDonald
Attorney At Law
Federal Bar ID No.23807
Texas State Bar ID No. 2401224
3505 Boca Chica Blvd.#434
Brownsville, Texas 78520
(956) 541-2115
**COUNSEL FOR THE INTERVENOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing document was served upon all counsel and a parties of record by depositing same in the U.S. mail, postage prepaid, on this _____ day of _____, 2000 at the following address:

R. Bruce Tharpe
LAW OFFICES OF R. BRUCE THARPE
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516

Arturo A. Mc Donald Jr.

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Plaintiff's counsel regarding this Plea In Intervention, and it is opposed.

Arturo McDonald Jr.