

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO, Plaintiffs | § § § § § | |
| VS. | § | CIVIL ACTION NO. B-99-196 |
| CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT, Defendants | § § § § | |

## LISTING OF FINANCIALLY INTERESTED ENTITES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **AGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO,** hereinafter referred to as the Plaintiffs in the above-styled and numbered cause and files this Listing of Financially Interested Entities, and in support hereof would show this Honorable Court as follows:

1.01   Plaintiff **AGUSTIN R. URESTI** is a resident of Mexico.

1.02   Plaintiff **ALVARO ZAMORANO** is a resident of Mexico.

1.03   Plaintiff **JUAN R. VASQUEZ** is a resident of Mexico.

1.04   Plaintiff **JOSE LUIS TRUJILLO** is a resident of Mexico.

1.05   Defendant **CHEYENNE CATTLE COMPANY**

is an entity doing business in the State of Texas that has been served with process of this complaint and entered its appearance herein.

1.06    Defendant **JAMES A. WUNDT** is an individual residing in the State of Texas that has been served with process of this complaint and entered his appearance herein.

1.07    Defendant **ELLEN WUNDT** is an individual residing in the State of Texas that has been served with process of this complaint and entered her appearance herein.

Respectfully submitted,

*R. Bruce Tharpe* (signature)

R. Bruce Tharpe
Federal Bar ID No. 13098
Texas State Bar ID No. 19823800
LAW OFFICES OF R. BRUCE THARPE
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516
(956) 782-9946
(956) 782-9945 -- Fax
**PLAINTIFF'S COUNSEL**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Listing of Financially Interested Entities has been served upon all counsel and parties of record by depositing same in the U.S. mail, postage prepaid, on this 13th day of April, 2000 addressed as follows:

Mr. Richard C. Woolsey  
BARGER, HERMANSEN, MCKRIBBEN & VILLARREAL, L.L.P.  
1100 Tower II  
555 North Carancahua  
Corpus Christi, Texas 78478

Mr. Arturo A. McDonald  
Attorney at Law  
3505 Boca Chica Blvd., #434  
Brownsville, Texas 78520

                                                      R. Bruce Tharpe

ClibPDF - www.fastio.com