14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

APR 1 4 2000

| | | |
|---|---|---|
| AUGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO<br>　　　　Plaintiffs | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-99-196 |
| CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT,<br>　　　　Defendants | § § § § | |

**NOTICE OF APPEARANCE OF LANE K. JARVIS, JR.,
AS ASSOCIATE COUNSEL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, LANE K. JARVIS, JR. of the Law Firm of BARGER, HERMANSEN, MCKIBBEN & VILLARREAL, L.L.P. and files this his Notice of Appearance as Associate Counsel for Defendants, Cheyenne Cattle Company, James A. Wundt and Ellen Wundt and hereby gives notice thereof. Please include the undersigned on your mailing and service list and forward future communications and correspondence to the undersigned at the address below.

Respectfully submitted,

BARGER, HERMANSEN, McKIBBEN
& VILLARREAL
1100 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478
(361) 882-6611 Telephone
(361) 883-8353 Telecopier

By: _____
Lane K. Jarvis, Jr.
State Bar No. 24012903
Fed. I.D. No. 24443

ASSOCIATE COUNSEL FOR
DEFENDANT, CHEYENNE CATTLE
COMPANY, JAMES A. WUNDT and
ELLEN WUNDT

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing was served on upon all counsel of record, as indicated below, in accordance with the Federal Rules of Civil Procedure, this the 13th day of April, 2000.

**PLAINTIFFS' COUNSEL:**
**VIA CMRRR Z 199 593 208**
Mr. R. Bruce Tharpe
*LAW OFFICES OF R. BRUCE THARPE*
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516

**INTERVENOR'S COUNSEL:**
Mr. Arturo A. McDonald
Attorney at Law
3505 Boca Chica Blvd.
Brownsville, Texas 78520

_____
Lane K. Jarvis, Jr.