United States District Court
Southern District of Texas
FILED

APR 27 2000

Michael N. Milby, Clerk of Court

Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Koerner |
| DATE | 04 — 27 — 00 |
| TIME | 10:30 a.m. — 10:50 a.m. |
| CIVIL ACTION | B — 99 — 196 |
| STYLE | Uresti, et al versus Cheyenne Cattle Co. |

DOCKET ENTRY

(HGT)   ■ Status Conference;   ☐ Motion Hearing;   (Rptr. Breck Record)

R. Bruce Tharpe           for   ■ Ptf. #_____   ☐ Deft. #_____

Lane Kneedler Jarvis      for   ☐ Ptf. #_____   ■ Deft. #_____

Miguel Mendez Guajardo    for   ☐ Ptf. #_____   ■ intervenor-Plaintiff

☐   All motions not expressly decided are denied without prejudice.

☐   Evidence taken [exhibits or testimony].

■   Argument heard on:   ☐ all pending motions;   ■ Following motions:

    1.   Motion to Intervene [Dkt. No. 10] is unopposed.

    2.   Motion to Dismiss for Want of Subject Matter Jurisdiction [Dkt. No. 9].

☐   Motions taken under advisement: _____

☐   Order to be entered.

☐   Miscellaneous review set: _____

■   Rulings orally rendered on:

    1.   Motion to Intervene [Dkt. No. 10] is unopposed and it was GRANTED.

    2.   The Parties will be allowed to do discovery regarding the domicile and immigration status of the Plaintiff Trujillo to prepare support for the Defendants' Motion to Dismiss for Want

1

of Subject Matter Jurisdiction [Dkt. No. 9]. An Amended Motion to Dismiss for Want of Subject Matter Jurisdiction is to be filed in 70 days.

<u>Comments</u>:

1. Defense counsel represented that according to his investigation Plaintiff Trujillo presented a green card to obtain a Texas State Identification card.

2