United States District Court
Southern District of Texas
ENTERED

MAY 1 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

16

UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

Uresti, et al §
versus §
Cheyenne Cattle Co. §    CIVIL ACTION B- 99-196
§
§

## Scheduling Order

1. Trial: Estimated time to try: _____ days.              ☐ Bench   ☒ Jury

2. New parties must be joined by:                          6/1/00

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   8/15/00

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                         12/15/00

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************ The court will provide these dates. ************************

6. Dispositive Motions will be filed by:                   1/15/01

7. Joint pretrial order is due:                            3/22/01

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   4/5/01

9. Jury Selection is set for 9:00 a.m. on:                 4/9/01

The case will remain on standby until tried.

Signed _May 17_, 2000, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

Counsel, please sign on the back.