IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 7 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| AUGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO §§§§§ Plaintiffs | |
| VS. §§ | CIVIL ACTION NO. B-99-196 |
| CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT, §§§§§ Defendants | |

## DEFENDANTS' CHEYENNE CATTLE COMPANY, JAMES A. WUNDT AND ELLEN WUNDT'S, MOTION FOR LEAVE TO FILE AN AMENDED 12(b)(1) MOTION TO DISMISS FOR WANT OF SUBJECT MATTER JURISDICTION AND MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID UNITED STATES DISTRICT COURT:

COMES NOW, CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT, Defendants in the above entitled cause and files this Motion for Leave to File an Amended 12(b)(1) Motion to Dismiss for Want of Subject Matter Jurisdiction and in support thereof would respectfully show this Honorable Court as follows:

I.

### FACTUAL BACKGROUND

Plaintiff's filed their original complaint based on diversity jurisdiction on December 9, 1999. Defendant's filed a 12(b)(1) Motion to Dismiss for Want of Subject Matter Jurisdiction on December 30, 1999.

This motion was based on Plaintiffs' allegation in the original petition that Plaintiff, Jose Luis Trujillo is a resident of Hidalgo County, Texas and that James A. Wundt and Ellen Wundt, Defendants were both residents of Texas. Defendants alleged in their original Motion to Dismiss that the Court lacked subject matter jurisdiction due to lack of diversity. In response, Plaintiffs filed an affidavit of Jose Luis Trujillo indicating that while he resided in Hidalgo County, Texas that he was in fact domiciled in Mexico. This information was brought to the attention of this Honorable Court on April 27, 2000, whereupon this Court granted Defendants' seventy (70) days with which to file an Amended Motion to Dismiss.

As of this date, Defendants have been unable to obtain the records from the Immigration and Naturalization Service. Defendants' propounded discovery to Plaintiff, Jose Luis Trujillo regarding his immigration status, requesting a number of documents including copies of his resident alien card, documents regarding his immigration status, voting status, bank accounts, location of family, employment history and other documents necessary to evaluate Mr. Trujillo's residency status. Plaintiffs' responses were due on or about June 15, 2000. The attached responses were received by Defendant on June 30, 2000 with many responses to be supplemented. (See Exhibit A). As of this date, Plaintiffs' have not provided Defendants' with the requested documents.

Since the initial Pre-trial Conference, Defendants have also obtained information regarding Plaintiffs' damages in the above entitled action and seek leave to file an amended motion challenging the minimum amount in controversy requirement in seeking diversity jurisdiction. (U.S.C. § 1332(a))

Defendants hereby request leave to file a Motion to Dismiss based on Plaintiffs' claim not meeting the minimum amount in controversy requirement under U.S.C. 1332(a).

WHEREFORE, PREMISES CONSIDERED, Defendants', CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT pray that the Court grant Defendants' an extension of 60 days to file an Amended Motion to Dismiss based on lack of diversity jurisdiction, and grant leave to file to Defendants' Amended Motion to Dismiss for Lack of Subject Matter Jurisdiction regarding the minimum amount in controversy.

ClibPDF - www.fastio.com

        Respectfully submitted,

        BARGER, HERMANSEN, MCKIBBEN,
        & VILLARREAL, L.L.P.
        1100 Tower II
        555 North Carancahua
        Corpus Christi, Texas 78478
        (361) 882-6611 (telephone)
        (361) 883-8353 (telecopier)

        By: _____
            Richard C. Woolsey
            State Bar No. 21989100
            Federal Admission No. 11623

        ATTORNEY IN CHARGE FOR DEFENDANTS
        CHEYENNE CATTLE COMPANY, JAMES A. WUNDT
        AND ELLEN WUNDT

Of Counsel:

Lane K. Jarvis, Jr.
State Bar No. 24012903
Federal Admission No. 24443
BARGER, HERMANSEN, MCKIBBEN,
& VILLARREAL, L.L.P.
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478
(361) 882-6611 (telephone)
(361) 883-8353 (telecopier)

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded by certified mail, return receipt requested, on this 6 day of July, 2000.

**VIA CMRRR 7099 3220 0008 1621 4581**
Mr. R. Bruce Tharpe
*LAW OFFICES OF R. BRUCE THARPE*
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516

**VIA CMRRR 7099 3220 0008 1621 4598**
Mr. Arturo A. McDonald
Attorney at Law
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78520

_____
Lane K. Jarvis, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AUGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO<br>    Plaintiffs | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-99-196 |
| CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT,<br>    Defendants | § § § § | |

### ORDER ON DEFENDANTS' CHEYENNE CATTLE COMPANY, JAMES A. WUNDT AND ELLEN WUNDT'S, MOTION FOR LEAVE TO FILE AN AMENDED 12(b)(1) MOTION TO DISMISS FOR WANT OF SUBJECT MATTER JURISDICTION AND MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED MOTION TO DISMISS

On this _____ day of _____, 2000, came on to be heard a Motion for Leave to File An Amended 12 (b)(1) Motion to Dismiss for Want of Subject Matter Jurisdiction and Motion for Extension of Time filed by Defendants, Cheyenne Cattle Company, James A. Wundt and Ellen Wundt. Having considered the pleadings filed herein in the above-entitled and numbered cause, it appears to the Court that the Defendants' Motion should be GRANTED.

IT IS THEREFORE, ORDERED that Defendants' Motion for Leave to File An Amended 12 (b)(1) Motion to Dismiss for Want of Subject Matter Jurisdiction is GRANTED. It is further

ordered that Defendants' have sixty (60) days from the signing of this order to file an Amended Motion to Dismiss for Lack of Subject Matter Jurisdiction based on Plaintiff's Diversity for Lack of Subject Matter Jurisdiction based on Plaintiffs' diversity claims.

    Signed this _____ day of _____, 2000.

                                                          _____
                                                            UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com