18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 07 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| AUGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO<br>　　　　　　Plaintiffs | §<br>§<br>§<br>§<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-99-196 |
| CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT,<br>　　　　　　Defendants | §<br>§<br>§<br>§<br>§ | |

## DEFENDANTS CHEYENNE CATTLE COMPANY, JAMES A. WUNDT AND ELLEN WUNDT'S AMENDED 12(b)(1) MOTION TO DISMISS FOR WANT OF SUBJECT MATTER JURISDICTION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES **CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT,** Defendants in the above entitled cause and files this 12(b)(1) Motion to Dismiss for Want of Subject Matter Jurisdiction and in support thereof would respectfully show this Honorable Court the following:

### I. FACTUAL BACKGROUND

1. Plaintiffs Augustin R. Uresti, Alvaro Zamorano, Juan R. Vasquez, and Jose Luis Trujillo filed, in this Honorable Court, a negligence cause of action against Defendant Cheyenne Cattle Company, and Defendants James A. Wundt and Ellen Wundt. Plaintiffs filed suit based on a traffic accident involving a vehicle driven by Plaintiffs and cattle allegedly owned by the Defendants.