19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 0 1 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Augustin R. Uresti, et al, | § |
| Plaintiffs, | § § § |
| v. | § CIVIL ACTION NO. B-99-196 |
| Cheyenne Cattle Company, et al., | § § § |
| Defendants. | § § |

**ORDER**

BE IT REMEMBERED, that on July 31, 000, the Court **GRANTED** the Defendants' Motion for Extension of Time and Leave to File an Amended Motion to Dismiss [Dkt. No. 17]. The Defendants may amend their motion to dismiss to allege that the Plaintiffs do not meet the required amount in controversy by August 10, 2000. The Plaintiffs will then have ten days to respond to the amended motion.

The Court will hold a hearing during the end of August to rule on the Defendants' motion to dismiss. The Defendants' motion has been pending since December 30, 1999, and the Court, therefore, will not entertain any further motions for extensions of time or leave to amend. The Court expects the Parties to complete discovery on the issues addressed by the Defendants' motion before the hearing.

DONE at Brownsville, Texas, this 31st day of July 2000.

Hilda G. Tagle
United States District Judge