24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 13 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| AGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO, Plaintiffs | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-99-196 |
| CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT, Defendants | § § § § | |

## MOTION FOR LEAVE TO FILE FIRST-AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **AGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ,** and **JOSE LUIS TRUJILLO**, hereinafter referred to as the Plaintiffs, and respectfully files this Unopposed Motion For Leave to File First-Amended Original Complaint, and in support hereof, would present unto this Honorable Court the following:

### I.

The Plaintiffs have found it necessary to amend their Original Complaint to specifically allege the domicile of one of the Plaintiffs, and set forth with sufficient particularity, the amount in controversy. The proposed First-Amended Complaint has been attached hereto, identified as Exhibit "A" and incorporated by reference as if fully set forth at length herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs **AGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ,** and **JOSE LUIS TRUJILLO**

respectfully request that this Honorable Court grant Plaintiffs leave of court to file their First-Amended Original Complaint, and for such other and further relief to which these Plaintiffs are justly entitled, either at law or in equity.

Respectfully submitted,

LAW OFFICES OF R. BRUCE THARPE
Professional Plaza
715 E. Frontage Road, Suite D.
Alamo, TX 78516
(956) 782-9946
(956) 782-9945

BY: *R. Bruce Tharpe*
R. Bruce Tharpe
Texas State Bar ID No. 19823800
Federal Bar ID No. 13098

## CERTIFICATE OF CONFERENCE

The undersigned counsel has attempted to confer with counsel for the Defendants without success therefore this motion is presented as unopposed.

*R. Bruce Tharpe*
R. Bruce Tharpe

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Motion For Leave to File First-Amended Original Complaint has been served on all parties and attorneys of record by depositing same in the U.S. mail, postage prepaid, on this **12th** day of September, 2000 at the following addresses:

Mr. Richard C. Woolsey
BARGER, HERMANSEN, MCKIBBEN & VILLARREAL, L.L.P.
1100 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478

Mr. Arturo McDonald
Attorney at Law
3505 Boca Chica Blvd., #434
Brownsville, Texas 78520

_____
R. Bruce Tharpe

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| AGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO, Plaintiffs | § § § § § |
| VS. | §   CIVIL ACTION NO. B-99-196 |
| CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT, Defendants | § § § § |

## PLAINTIFF'S FIRST-AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **AGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO**, hereinafter referred to as the Plaintiffs in the above-styled and numbered cause and complains of **CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT**, hereinafter referred to as the Defendants, and for cause of action would show this Honorable Court as follows:

### I.
### Parties

1.01   Plaintiff **AGUSTIN R. URESTI** is a resident of Matamoros, Tamaulipas, Mexico at the present time and on the date that the accident upon which this lawsuit is based occurred.

EXHIBIT "A"

1.02    Plaintiff **ALVARO ZAMORANO** is a resident of Matamoros, Tamaulipas, Mexico at the present time and on the date that the accident upon which this lawsuit is based occurred.

1.03    Plaintiff **JUAN R. VASQUEZ** is a resident of Matamoros, Tamaulipas, Mexico at the present time and on the date that the accident upon which this lawsuit is based occurred.

1.04    Plaintiff **JOSE LUIS TRUJILLO** is domiciled in Mexico.

1.05    Defendant **CHEYENNE CATTLE COMPANY** is an entity doing business in the State of Texas, has been served with process and entered its appearance herein.

1.06    Defendant **JAMES A. WUNDT** is an individual who resides in the State of Texas, has been served with process and entered its appearance herein.

1.07    Defendant **ELLEN WUNDT** is an individual who resides in the State of Texas, has been served with process and entered its appearance herein.

## II.
## Jurisdiction and Venue

2.01    Jurisdiction is proper in the United States District Court because of diversity jurisdiction, in that the Plaintiffs are residents of Mexico and are diverse in citizenship to the Defendants. Further, the amount in controversy in this case exceeds the $75,000.00 minimum jurisdictional limits of the United States District Court.

2.02   Venue is proper in the United States District Court – Southern District of Texas because the accident upon which this lawsuit is based occurred in said district.

### III.

3.01   Plaintiffs bring this cause of action to recover actual damages arising out of personal injuries and damages sustained by the Plaintiffs as a result of a serious vehicular accident proximately caused by the negligent conduct of the Defendants.

3.02   On or about June 4, 1999 Plaintiffs were operating their vehicle in a safe and prudent manner Eastbound on Texas Highway 359 in Bee County, Texas prior to dawn when they unexpectedly collided with several cows on the highway. The cows had escaped from an enclosure on the Defendants' property and wandered onto the highway. As a result of the accident, the Plaintiffs suffered extensive property damage and serious physical injuries for which they seek damages for in the amount of $500,000.00.

3.03   It was later discovered that the Defendants' fence, through which the cows escaped, had been damaged on April 20, 1999 and in a state of disrepair for some six (6) weeks prior to the accident upon which this lawsuit is based. Therefore, it was reasonably foreseeable to the Defendants that the accident upon which this lawsuit is based would occur.

### IV.
### Negligence

4.01   The vehicular accident made the basis of this lawsuit was proximately

caused by the negligent conduct of the Defendants in wanton and reckless disregard for the rights, safety and physical well-being of the Plaintiffs in the following acts and omissions, including but not limited to:

1) Defendants failed to control their livestock;

(2) Defendants failed to replace and/or repair their fence within a reasonable period of time in order to ensure that livestock would not escape and wander onto the highway, creating an unreasonable hazard for motorists;

4.02    Each of the above and foregoing acts and omissions, singularly or in combination with others, constituted negligence on the part of the Defendants that proximately caused the collision and resulting injuries and damages suffered by the Plaintiffs.

## V.
## Gross Negligence

5.01    The conduct of Defendants, as aforesaid, was more than momentary thoughtlessness, inadvertence, or error of judgment and was of such a character as to make Defendants guilty of gross negligence.  The conduct of Defendants was in heedless and reckless disregard of the rights of the Plaintiff and involved such an entire want of care as could have resulted only from a conscious indifference to the rights, welfare or safety of the Plaintiff.  Plaintiff accordingly seeks exemplary damages in an amount equal to ten (10) times the amount of actual damages as may be found to be proper under the facts and circumstances alleged herein.

## VI.
## Damages

6.01    As a proximate result of the negligence of the Defendants as set forth

above, Plaintiffs suffered injuries to their head, neck, shoulders, back and other portions of their bodies. These injuries are severe, disabling and permanent in nature, and Plaintiffs will continue to suffer for a long time into the future, if not for the balance of their natural life. As a result of the injuries sustained by the Plaintiffs, they have suffered severe physical and mental pain and anguish and in all probability, will continue to suffer such mental and physical anguish for a long time into the future, if not for the balance of their natural life.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that the Defendants be cited to appear and answer, for a jury trial, and that on final hearing, have judgment against Defendants in the amount of $500,000.00, together with both pre-judgment and post-judgment interest at the lawful rate, costs of court, and for such other and further relief to which the Plaintiff may be justly entitled, either at law or in equity.

Respectfully submitted,

_____
R. Bruce Tharpe
Federal Bar ID No. 13098
Texas State Bar ID No. 19823800
LAW OFFICES OF R. BRUCE THARPE
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516
(956) 782-9946
(956) 782-9945 -- Fax
PLAINTIFF'S COUNSEL

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Plaintiffs' First-Amended Original Complaint has been served on all parties and attorneys of record by depositing same in the U.S. mail, postage prepaid, on this _____ day of _____, 2000 at the following addresses:

Mr. Richard C. Woolsey
BARGER, HERMANSEN, MCKIBBEN & VILLARREAL, L.L.P.
1100 Tower II
555 N. Carancahua
Corpus Christi, Texas   78478

Mr. Arturo McDonald
Attorney at Law
3505 Boca Chica Blvd., #434
Brownsville, Texas 78520

                                                              _____
                                                              R. Bruce Tharpe

ClibPDF - www.fastio.com