```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF TEXAS
           BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

SEP 21 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| AUGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO §§§§§ Plaintiffs § § VS. § § CHEYENNE CATTLE COMPANY, § JAMES A. WUNDT and § ELLEN WUNDT, § Defendants § | CIVIL ACTION NO. B-99-196 |

## DEFENDANTS' CHEYENNE CATTLE COMPANY, JAMES A. WUNDT AND ELLEN WUNDT'S MOTION FOR LEAVE TO FILE EXHIBITS TO DEFENDANTS MOTION TO DISMISS FOR WANT OF SUBJECT MATTER JURISDICTION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES **CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT,** Defendants in the above entitled cause and files this their Motion for Leave to File medical bills as exhibits to Defendants' Third Amended 12(b)(1) Motion to Dismiss for Want of Subject Matter Jurisdiction, and in support thereof would respectfully show this Honorable Court the following:

1. On August 30, 2000, this Honorable Court ordered Defendants to file authenticated exhibits to their 12(b)(1) Motion to Dismiss. As of that date, Defendants had not obtained certified true and correct copies of the medical bills of the Plaintiffs due to the fact they were relying on Plaintiffs representation as to the total medical bills in this case. In order to comply with this Honorable Court's Order, on August 31, 2000, Defendants propounded Deposition Upon Written

Questions on the medical providers of Plaintiffs and Intervenor. Additionally, Defendants requested Plaintiffs to waive the 14 day notice period required under the Federal Rules of Civil Procedure. Letters evidencing this fact were attached to Defendants' Third Amended Motion to Dismiss filed on September 7, 2000. Plaintiffs filed a response to Defendants motion and attached thereto a letter from R. Bruce Tharp, attorney for the Plaintiff, indicating their refusal to waive the 14 day notice period. Subsequent, Defendants have obtained the responses to their Deposition Upon Written Question from the medical bills from Boyd Chiropractic Center and Sidney Fernald, D.C. relating to Plaintiff and Intervenor.

2. Defendants now move that this Court allow Defendants to file the billing records of Alvaro Zamorano, Miguel Mendez Guajardo, Augustin Uresti and Juan V. Reyna from Boyd Chiropractic Centre, and Jose Luis Trujillo from Sidney S. Fernald, D.C., as attachments to their Third Amended Motion to Dismiss filed with this Honorable Court on September 7, 2000.

3. Defendants have alleged in their Motion to Dismiss and continue to allege that Plaintiffs have failed to meet the amount in controversy. Plaintiffs response provides no evidence that the damages in this case will exceed the $75,000 amount in controversy requirement under 28 U.S.C.§1332 (a). Rather, Plaintiffs have simply alleged that the Defendants exhibits are not authenticated. It is clear from the medical bills in this case that the Plaintiffs cannot individually meet the minimal amount in controversy requirements.

WHEREFORE, PREMISES CONSIDERED, Defendants, **CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT**, respectfully request this Court to grant this Motion for Leave and allow Defendants to supplement their Third Amended Motion to Dismiss for Want of Subject Matter Jurisdiction with the medical billing affidavits attached hereto.

2

          Respectfully submitted,

          BARGER, HERMANSEN, MCKIBBEN,
          & VILLARREAL, L.L.P.
          1100 Tower II
          555 North Carancahua
          Corpus Christi, Texas 78478
          (361) 882-6611 (telephone)
          (361) 883-8353 (telecopier)

          By: _Richard Woolsey with permission Lane K. Jarvis_
          Richard C. Woolsey      Lane K. Jarvis
          State Bar No. 21989100    SBN# 24012903
          Federal Admission No. 11623    Fed ID 24443

          ATTORNEY IN CHARGE FOR DEFENDANTS
          CHEYENNE CATTLE COMPANY, JAMES A. WUNDT
          AND ELLEN WUNDT

Of Counsel:

_Lane K. Jarvis_
Lane K. Jarvis, Jr.
State Bar. No. 24012903
Federal Admission No. 24443
BARGER, HERMANSEN, MCKIBBEN,
& VILLARREAL, L.L.P.
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478
(361) 882-6611 (telephone) (361) 883-8353 (telecopier)

3

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded by certified mail, return receipt requested, on this 20 day of September, 2000.

**VIA CMRRR 7099 3220 0008 1621 3904**
Mr. R. Bruce Tharpe
*LAW OFFICES OF R. BRUCE THARPE*
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516

**VIA CMRRR 7099 3220 0008 1621 3911**
Mr. Arturo A. McDonald
Attorney at Law
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78520

_____
Lane K. Jarvis, Jr.

```
STYLE
OF CASE:      AUGUSTIN R. URESTI, ET AL

              VS. CHEYENNE CATTLE COMPANY, ET AL
CASE/FILE
NUMBER:       CIVIL ACTION NO. B-99-196
RECORDS
PERTAIN TO:   ALVARO ZAMORANO
RECORDS
FROM:         BOYD CHIROPRACTIC CENTRE      (BILLING)

DELIVER TO:   MR. LANE K. JARVIS

              BARGER, HERMANSEN, McKIBBEN & VILLARREAL

              1100 TOWER II

              CORPUS CHRISTI, TEXAS 78478
```

**COASTAL BEND RECORDS**

*3833 S. Staples, Suite 76      361/814-7424      Corpus Christi, Texas   78411*