28

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 6 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| AGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO, Plaintiffs § § § § § | |
| VS. § | CIVIL ACTION NO. B-99-196 |
| § CHEYENNE CATTLE COMPANY, § JAMES A. WUNDT and § ELLEN WUNDT, Defendants § | |

## PLAINTIFF JOSE LUIS TRUJILLO'S NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **JOSE LUIS TRUJILLO**, hereinafter referred to as one of the Plaintiffs in the above-styled and numbered cause, and files this Notice of Dismissal of his claim against Defendants **CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT**, without prejudice to the rights and claims of Plaintiffs **AGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ**.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **JOSE LUIS TRUJILLO**, hereby requests that this Honorable Court dismiss his claims against Defendants **CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT**, without prejudice to the rights and claims of Plaintiffs **AGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ,** and for such other and further relief to which this Plaintiff may be justly entitled, either at law or in equity.

Respectfully submitted,

*R. Bruce Tharpe* (signature)
R. Bruce Tharpe
Federal Bar ID No. 13098
Texas State Bar ID No. 19823800
LAW OFFICES OF R. BRUCE THARPE
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516
(956) 782-9946
(956) 782-9945 -- Fax
PLAINTIFF'S COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff Jose Luis Trujillo's Notice of Dismissal has been served on all parties and attorneys of record by depositing same in the U.S. mail, postage prepaid, on this 25th day of September, 2000 at the following addresses:

Mr. Richard C. Woolsey
BARGER, HERMANSEN, MCKIBBEN & VILLARREAL, L.L.P.
1100 Tower II
555 N. Carancahua
Corpus Christi, Texas   78478

Mr. Arturo McDonald
Attorney at Law
3505 Boca Chica Blvd., #434
Brownsville, Texas 78520

*R. Bruce Tharpe* (signature)
R. Bruce Tharpe