United States District Court
Southern District of Texas
FILED

SEP 27 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AUGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO<br>Plaintiffs | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-99-196 |
| CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT,<br>Defendants | § § § § § | |

## DEFENDANTS CHEYENNE CATTLE COMPANY, JAMES A. WUNDT AND ELLEN WUNDT'S, ORIGINAL ANSWER TO PLAINTIFFS' COMPLAINT

TO THE HONORABLE JUDGE OF SAID UNITED STATES DISTRICT COURT:

COMES NOW, CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT, Defendants and file this their answer to Plaintiffs' Complaint on file herein and for such answer would show the Court as follows:

### Responses to Specific Paragraphs

1. These Defendants do not have information in which to admit or deny paragraph 1.01.

2. These Defendants do not have information in which to admit or deny paragraph 1.02.

3. These Defendants do not have information in which to admit or deny paragraph 1.03.

4. Defendants admit paragraph 1.04 is true.

5. Defendant admits the allegations in paragraph 1.05 are true.

6. Defendant admits the allegations in paragraph 1.06 are true.

7. Defendant admits the allegations in paragraph 1.07 are true.

8. Defendant denies paragraph 2.01 is true. Defendant believes that Plaintiff Jose Luis Trujillo is a permanent resident alien and has been a residing in Hidalgo County, Texas for a number of years and that, therefore, diversity is not present and jurisdiction is not proper in the United States District Court.

Further, Defendants deny that the amount in controversy in this case will most likely exceed the $75,000.00 minimum of jurisdiction of limits in the United States District Court.

9. As to paragraph 2.02, Defendants admit that the accident upon which this lawsuit is based occurred in within the Southern District of Texas.

10. As to paragraph 3.01, Defendants admit that the Plaintiffs have brought a cause of action to recover damages and Defendants admit that the Plaintiffs were involved in a vehicular accident, but Defendants deny that they were negligent and also denies that their conduct proximately caused any injury to Plaintiffs.

11. As to paragraph 3.02, Defendants deny that Plaintiffs were operating their vehicle in a safe and prudent manner. Defendants admit that the Plaintiffs vehicle collided with a single cow, but deny that the vehicle collided with several cows. Defendant admits the cows escaped from an enclosure on the Defendants property and wandered onto the highway. Defendant denies the Plaintiffs suffered property damage and is without sufficient information to admit or deny that Plaintiffs suffered physical injuries, but believe, based on the fact that the Plaintiffs did not require any medical treatment at the scene, that they have not suffered damages in excess of $75,000.00.

12. As to paragraph 3.03, Defendants admit that a fence had been damaged on April 20th, 1999. Defendant denies the cattle involved were kept in the pasture with the damaged fence. Defendant denies that it would be reasonably foreseeable that the accident upon which this lawsuit

is based would occur.

13. Defendants deny the allegations in paragraph 4.01.

14. Defendants deny the allegations in paragraph 4.02.

15. Defendants deny the allegations in paragraph 5.01.

16. Defendants are without sufficient knowledge to admit or deny the allegations in paragraph 6.01.

WHEREFORE, PREMISES CONSIDERED, Defendants, CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT pray that Plaintiffs take nothing by their cause; that Defendants recover their costs and attorneys fees, and such other and further relief to which they may be justly entitled.

3

          Respectfully submitted,

          BARGER, HERMANSEN, MCKIBBEN,
          & VILLARREAL, L.L.P.
          1100 Tower II
          555 North Carancahua
          Corpus Christi, Texas 78478
          (361) 882-6611 (telephone)
          (361) 883-8353 (telecopier)

By: _____
     Richard C. Woolsey
     State Bar No. 21989100
     Federal Admission No. 11623

[Handwritten: Lane K Jarvis Jr, Fed ID # 24443]

ATTORNEY IN CHARGE FOR DEFENDANTS
CHEYENNE CATTLE COMPANY, JAMES A. WUNDT AND
ELLEN WUNDT

Of Counsel:

_____
Lane K. Jarvis, Jr.
State Bar. No. 24012903
Federal Admission No. 24443
BARGER, HERMANSEN, MCKIBBEN,
& VILLARREAL, L.L.P.
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478
(361) 882-6611 (telephone) (361) 883-8353 (telecopier)

4

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded by certified mail, return receipt requested, on this 25 day of September, 2000.

**VIA CMRRR 7099 3220 0008 1621 3874**
Mr. R. Bruce Tharpe
*LAW OFFICES OF R. BRUCE THARPE*
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516

**VIA CMRRR 7099 3220 0008 1621 3867**
Mr. Arturo A. McDonald
Attorney at Law
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78520

_____
Lane K. Jarvis Jr.

5