IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 27 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| AUGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO<br>Plaintiffs | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-99-196 |
| CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT,<br>Defendants | § § § § § | |

## DEFENDANTS CHEYENNE CATTLE COMPANY, JAMES A. WUNDT AND ELLEN WUNDT'S, ORIGINAL ANSWER TO INTERVENOR'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID UNITED STATES DISTRICT COURT:

COMES NOW, CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT, Defendants and file this their answer to Intervenor's Complaint on file herein and for such answer would show the Court as follows:

### Responses to Specific Paragraphs

1. Defendants admit paragraph 1.01 is true.

2. Defendants admit paragraph 1.02 is true.

3. Defendants admit paragraph 1.03 is true.

4. Defendants admit paragraph 1.04 is true.

5. Defendant denies paragraph 2.01 is true. Defendant believes that Plaintiff Jose Luis Trujillo is a permanent resident alien and has been a residing in Hidalgo County, Texas for a number of years and that, therefore, diversity is not present and jurisdiction is not proper in the United States

District Court.

Further, Defendants deny that the amount in controversy in this case will most likely exceed the $75,000.00 minimum of jurisdiction of limits in the United States District Court.

6..     As to paragraph 2.02, Defendants admit that the accident upon which this lawsuit is based occurred in within the Southern District of Texas.

7.      As to paragraph 3.01, Defendants admit that the Intervenor has brought a cause of action to recover damages and Defendants admit that the Intervenor involved in a vehicular accident, but Defendants deny that they were negligent and also denies that their conduct proximately caused any injury to Intervenor.

8.      As to paragraph 3.02, Defendants deny that Plaintiffs were operating his vehicle in a safe and prudent manner.  Defendants admit that the Plaintiffs vehicle collided with a single cow, but deny that the vehicle collided with several cows.  Defendant admits the cows escaped from an enclosure on the Defendants' property and wandered onto the highway.

9.      As to paragraph 3.03, Defendants admit that a fence had been damaged on April 20th, 1999.  Defendant denies the cattle involved were kept in the pasture with the damaged fence.  Defendant denies that it would be reasonably foreseeable that the accident upon which this lawsuit is based would occur.

10.     Defendants deny the allegations in paragraph 4.01.

11.     Defendants deny the allegations in paragraph 4.02.

12.     Defendants deny the allegations in paragraph 5.01.

13.     Defendants are without sufficient knowledge to admit or deny the allegations in paragraph 6.01.

WHEREFORE, PREMISES CONSIDERED, Defendants, CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT pray that Intervenor take nothing by his cause; that Defendants recover their costs and attorneys fees, and such other and further relief to which they may be justly entitled.

Respectfully submitted,

BARGER, HERMANSEN, MCKIBBEN,
& VILLARREAL, L.L.P.
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478
(361) 882-6611 (telephone)
(361) 883-8353 (telecopier)

By: _/s/ Richard Woolsey with permission_
Richard C. Woolsey
State Bar No. 21989100
Federal Admission No. 11623

*(signature: Lane K. Jarvis Jr., Fed ID #24443)*

ATTORNEY IN CHARGE FOR DEFENDANTS
CHEYENNE CATTLE COMPANY, JAMES A. WUNDT AND
ELLEN WUNDT

Of Counsel:

_/s/_
Lane K. Jarvis, Jr.
State Bar. No. 24012903
Federal Admission No. 24443
BARGER, HERMANSEN, MCKIBBEN,
& VILLARREAL, L.L.P.
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478
(361) 882-6611 (telephone) (361) 883-8353 (telecopier)

3

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded by certified mail, return receipt requested, on this 25th day of September, 2000.

**VIA CMRRR 7099 3220 0008 1621 3867**
Mr. Arturo A. McDonald
Attorney at Law
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78520

**VIA CMRRR 7099 3220 0008 1621 3874**
Mr. R. Bruce Tharpe
*LAW OFFICES OF R. BRUCE THARPE*
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516

_____
Lane K Jarvis Jr.