32

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 28 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Augustin R. Uresti, et al, § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. B-99-196 |
| v. § | |
| § | |
| Cheyenne Cattle Company, et al., § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED, that on September 28, 2000, the Court considered Plaintiff Jose Luis Trujillo's Notice of Dismissal [Dkt. No. 28]. The notice is in proper form pursuant to Federal Rule of Civil Procedure 41(a)(1), and, therefore, it acts to dismiss Plaintiff Trujillo from this lawsuit without an order of the Court.

DONE at Brownsville, Texas, this 28th day of September 2000.

Hilda G. Tagle
United States District Judge