3 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 3 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| AUGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO<br>　　　　Plaintiffs | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-99-196 |
| CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT,<br>　　　　Defendants | § § § § | |

## DEFENDANTS' CHEYENNE CATTLE COMPANY, JAMES A. WUNDT AND ELLEN WUNDT'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES **CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT,** Defendants in the above entitled cause and files this their Motion for Leave to File a Reply to Plaintiffs' Response to Defendants' 12(b)(1) Motion to Dismiss for Want of Subject Matter Jurisdiction, and in support thereof would respectfully show this Honorable Court the following:

1. On September 22, 2000, this Honorable Court ordered Plaintiffs to prove by preponderance of the evidence that the requisite amount in controversy is met in the above entitled action. In response, Plaintiffs filed their First Supplemental Response to Defendants' Motion to Dismiss on or about October 9, 2000. In their response, Plaintiff's make a number of claims regarding expenses and damages which are not borne out by the pleadings or supported by credible evidence.

2. Defendants' request leave to file a reply to Plaintiffs' response to point out these deficiencies to the Court. Defendants request that this Honorable Court grant this Motion for Leave in the interest of justice.

WHEREFORE, PREMISES CONSIDERED, Defendants, **CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT**, respectfully request this Court to grant this Motion for Leave and allow Defendants to file a reply to Plaintiffs' First Amended Response to Defendants' Motion to Dismiss.

Respectfully submitted,

BARGER, HERMANSEN, MCKIBBEN,
& VILLARREAL, L.L.P.
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478
(361) 882-6611 (telephone)
(361) 883-8353 (telecopier)

By: _Richard Woolsey with permission_ _Lane K. Jarvis_
Richard C. Woolsey                       Fed ID # 24443
State Bar No. 21989100
Federal Admission No. 11623

ATTORNEY IN CHARGE FOR DEFENDANTS
CHEYENNE CATTLE COMPANY, JAMES A. WUNDT
AND ELLEN WUNDT

Of Counsel:

_____
Lane K. Jarvis, Jr.
State Bar. No. 24012903
Federal Admission No. 24443
BARGER, HERMANSEN, MCKIBBEN,
& VILLARREAL, L.L.P.
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478
(361) 882-6611 (telephone) (361) 883-8353 (telecopier)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded by certified mail, return receipt requested, on this 19th day of October, 2000.

**VIA CMRRR 7099 3220 0008 1621 3591**
Mr. R. Bruce Tharpe
*LAW OFFICES OF R. BRUCE THARPE*
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516

**VIA CMRRR 7099 3220 0008 1621 3607**
Mr. Arturo A. McDonald
Attorney at Law
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78520

_____
Lane K. Jarvis, Jr.

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AUGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO<br>　　　　Plaintiffs | § § § § § § | |
| VS. | § | CIVIL ACTION NO. B-99-196 |
| CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT,<br>　　　　Defendants | § § § § § | |

## ORDER GRANTING DEFENDANTS CHEYENNE CATTLE COMPANY, JAMES A. WUNDT AND ELLEN WUNDT'S 12(b)(1) MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS

On this ____ day of _____, 2000, came on to be heard the above-entitled and numbered cause on the Motion for Leave to File a Reply to Plaintiffs' Response to Defendants' Motion to Dismiss for Want of Subject Matter Jurisdiction. Having considered the Motion for Leave, it appears to the Court that the Defendants motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Defendants Motion for Leave to file A Reply to Plaintiffs' Response to Defendants' Motion to Dismiss is hereby GRANTED.

SIGNED this ___ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE