36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Augustin R. Uresti, et al, | § |
| Plaintiffs, | § |
| v. | § CIVIL ACTION NO. B-99-196 |
| Cheyenne Cattle Company, et al., | § |
| Defendants. | § |

**ORDER**

BE IT REMEMBERED, that on October 24, 2000, the Court **GRANTED** Defendant Cheyenne Cattle Company, James A. Wundt and Ellen Wundt's Motion for Leave to File Exhibits to Defendants' Motion to Dismiss for Want of Subject Matter Jurisdiction [Dkt. No. 26].  The Court has denied the Defendants' motion to dismiss without prejudice, and is now conducting its own inquiry into whether it has jurisdiction over this case.  Therefore, the exhibits submitted by the Defendant will be considered in the course of the Court's own inquiry, and not in conjunction with the Defendants' motion to dismiss.

DONE at Brownsville, Texas, this 25th day of October 2000.

_____
Hilda G. Tagle
United States District Judge