UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
MAR 0 8 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| AGUSTIN URESTI, et al § | |
| § | |
| versus § | CIVIL ACTION: B: 99-196 |
| § | |
| CHEYENNE CATTLE CO., INC., et al § | |

## Order Setting Teleconference

Please take notice that the Court has set a teleconference for *March 8, 2001 at 10:00 a.m.* The Case Manager will initiate the call at this time. All counsel must be on standby until called.

Signed on _March 7_, 2001 at Brownsville, Texas.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE