41

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
MAR 0 8 2001
Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Koerner |
| DATE | 03 / ~~13~~ 8 / 01 |
| TIME | 10:02 a.m.   —   10:30 a.m. |
| CIVIL ACTION | B – 99 – 196 |
| STYLE | Uresti, et al *versus* Cheyenne Cattle Co. |

DOCKET ENTRY *(VIA TELEPHONE)*

(HGT)  ■ Status Conference;     ☐ Motion Hearing;    (Rptr.  Breck Record)

R. Bruce Tharpe                                  for  ■ Ptf. # _____  ☐ Deft. # _____

Lane Jarvis, Tom Silver + Mr. Woolsey            for  ☐ Ptf. # _____  ■ Deft. # _____

*Arturo Donald for*  Miguel Mendez Guajardo      for  ☐ Ptf. # _____  ■ intervenor-Plaintiff

☐ All motions not expressly decided are denied without prejudice.

☐ Evidence taken [exhibits or testimony].

☐ Argument heard on:   ☐ all pending motions;   ☐ Following motions:

☐ Motions taken under advisement: _____

☐ Order to be entered.

☐ Miscellaneous review set: _____

■ Rulings orally rendered on:

1. The Parties are to report to the Court tomorrow whether they have come closer to settling this case.

2. Mr. Jarvis and Mr. Silver's motion to substitute for Mr. Woolsey is **GRANTED**.