42





United States District Court
Southern District of Texas
FILED

MAR 1 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AUGUSTIN R. URESTI, ALVARO ZAMORANO, JUAN R. VASQUEZ, and JOSE LUIS TRUJILLO<br>  Plaintiffs | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-99-196 |
| CHEYENNE CATTLE COMPANY, JAMES A. WUNDT and ELLEN WUNDT,<br>  Defendants | § § § § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Please take notice that the above-styled cause has been compromised and settled.

This case is set for Final Pre-Trial Conference on **Thursday, April 5, 2001 at 1:30 p.m. and Jury Selection and Trial on Monday, April 8, 2001 at 9:00 a.m.**

Counsel for both Plaintiff and Defendant request that this case be removed from the Docket.

Respectfully submitted,

*/s/ Thomas Silver, with permission*
*(CbTT)*

Thomas A. Silver
State Bar No. 00784967
Fed. I.D. No. 15236
Lane K. Jarvis, Jr.
State Bar No. 24012903
Fed. I.D. No. 24443

BARGER, HERMANSEN, MCKIBBEN,
& VILLARREAL, L.L.P.
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478
(361) 882-6611 (telephone)
(361) 883-8353 (telecopier)
ATTORNEYS FOR DEFENDANTS,
CHEYENNE CATTLE COMPANY, JAMES A.
WUNDT and ELLEN WUNDT

*/s/ R. Bruce Tharp*

R. Bruce Tharp
State Bar No. 19823800
Federal ID No.

*LAW OFFICES OF R. BRUCE THARPE*
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516
Telephone : (956) 782-9946
Telecopier : (956) 782-9945
ATTORNEYS FOR PLAINTIFF

*/s/ Arturo McDonald (RBT by permission)*

Arturo A. McDonald, Jr.
State Bar No. 2401224
Federal ID No. 23807

*LAW OFFICES OF ARTURO A. McDONALD*
2505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78521
Telephone : (956) 541-4414
Telecopier : (956) 541-1488
ATTORNEYS FOR INTERVENOR

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading was forwarded by regular mail, on this the __15th__ day of March, 2001 to the following attorney:

**PLAINTIFFS' COUNSEL:**
**VIA CMRRR 7000 0520 0020 4573 6584**
Mr. R. Bruce Tharpe
*LAW OFFICES OF R. BRUCE THARPE*
Professional Plaza
715 E. Frontage, Suite D
Alamo, Texas 78516

**INTERVENOR'S COUNSEL:**
**VIA CMRRR 7000 0520 0020 4573 6591**
Mr. Arturo A. McDonald
Attorney at Law
3505 Boca Chica Blvd.
Brownsville, Texas 78520

_____
LANE K. JARVIS, JR.