IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Augustin R. Uresti, et al, § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. B-99-196 |
| v. § | |
| § | |
| Cheyenne Cattle Company, et al., § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

BE IT REMEMBERED, that on March 16, 2001, upon receipt of the Parties' Notice of Settlement [Dkt. No. 42], the Court **DISMISSED** this lawsuit with prejudice.

DONE at Brownsville, Texas, this 20th day of March 2001.

_____
Hilda G. Tagle
United States District Judge